# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FALLON SALINAS GONZALES

VERSUS

LIGHTHOUSE EXCALIBUR
INSURANCE COMPANY AND DANILO
BRIZUELA

NO.  2024 CW 0667

**JANUARY 28 2025**

---

In Re:    Louisiana Insurance Guaranty Association, applying for
Rehearing, 19th Judicial District Court, Parish of East
Baton Rouge, No. 710946.

---

BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.

**APPLICATION FOR REHEARING DENIED.** See Uniform Rules of
Louisiana Courts of Appeal, Rule 2-18.7.

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1]**Calloway, J.**, serving as judge *pro tempore* of the Court of Appeal, First
Circuit, by special appointment of the Louisiana Supreme Court.